## Court of Appeals.

*May*, 1883.

### PEOPLE *v.* WIGGINS.

(Affirming 1 *N. Y. Crim. Rep.* 290.)

Appeal by defendant from a judgment of the General Term of the Supreme Court, affirming a judgment of conviction of the General Sessions of New York (reported *ante*, page 290).

*Howe & Hummel*, for the defendant, appellant.

*John McKeon*, district attorney, and *A. J. Requier* (assistant), for the people, respondent.

EARL, J.—The proof was ample to convict the defendant of the crime for which she was indicted, and there was no error in the charge of the judge. It was not necessary for the people to call Mrs. Curtis as a witness. There was sufficient evidence that she was the person in Macy's store; that she owned the pocket-book, and that the defendant took it from her against her will, and without her consent, for the purpose of stealing it.

The judgment should be affirmed.

All concur.